| | |
|---|---|
| 1 | GREENBERG TAURIG, LLP |
| | Kurt A. Kappes, CA Bar No. 146384 |
| 2 | kappesk@gtlaw.com |
| | Matthew L. Reagan, CA Bar No. 261832 |
| 3 | reaganma@gtlaw.com |
| | 1201 K Street, Suite 1100 |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 442-1111 |
| 5 | Facsimile: (916) 448-1709 |
| 6 | ANDERSON & KARRENBERG |
| | Thomas R. Karrenberg (*admitted pro hac vice*) |
| 7 | tkarrenberg@aklawfirm.com |
| | Heather M. Sneddon (*admitted pro hac vice*) |
| 8 | hsneddon@aklawfirm.com |
| | Samantha J. Slark (*admitted pro hac vice*) |
| 9 | sslark@aklawfirm.com |
| | 50 West Broadway, Suite 700 |
| 10 | Salt Lake City, Utah 84101 |
| | Telephone: (801) 534-1700 |
| 11 | Facsimile: (801) 364-7697 |
| 12 | Attorneys for Defendant |
| | KARMA TECHNOLOGIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADFORD TECHNOLOGIES, INC., | ) | Case No. 3:11-CV-04621 (EDL) |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT |
| v. | ) | |
| NCV SOFTWARE.com, an entity of unknown form; METRO NATIONAL FINANCIAL, LLC, a Utah limited liability company, KARMA TECHNOLOGIES, LLC, a Utah limited liability company, JOHN DAVID BIGGERS, an individual, RODNEY NEWMAN, an individual, RICHARD PETER STEVES, an individual, RICHARD FRANK, an individual, and DOES 1-50, | ) ) ) ) ) ) ) ) | |
| | ) | Date: December 13, 2011 |
| | ) | Time: 2:00 p.m. |
| | ) | Dept./Place: Courtroom E – 15th Floor |
| | ) | Judge: Magistrate Judge Elizabeth D. Laporte |
| Defendants. | ) ) | |

Defendant Karma Technologies, LLC ("Karma"), by and through its undersigned counsel, hereby requests an extension of time to file a reply memorandum in support of its Motion to Dismiss or, in the Alternative, for More Definite Statement (the "Motion to Dismiss").

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

Case No. 3:11-CV-04621-EDL
Page 1

1  The reply is currently due on Wednesday, November 23, 2011 (the day before Thanksgiving),
2  and Karma requests an extension until November 30, 2011.
3       As set forth in the Declaration of Heather M. Sneddon, filed concurrently herewith,
4  Karma requests the foregoing extension in light of the Thanksgiving holiday and the previously-
5  scheduled family vacations of its attorneys.  Karma has not previously requested an extension of
6  time by stipulation or through Court order.  In addition, because the hearing on Karma's Motion
7  to Dismiss is not scheduled until December 13, 2011, the filing of Karma's reply memorandum
8  by November 30, 2011 should not affect the schedule in this case.  Finally, Plaintiff Bradford
9  Technologies, LLC, through its undersigned counsel, stipulates to Karma's requested extension.
10      Accordingly, Karma respectfully requests that it be granted an extension until November
11 30, 2011 to file a reply memorandum in support of its Motion to Dismiss.

                                        Respectfully submitted,

DATED: November 22, 2011              GREENBERG TRAURIG, LLP

                                        By: /s/  Matthew L. Reagan

                                        - and -

                                        ANDERSON & KARRENBERG
                                        Thomas R. Karrenberg
                                        Heather M. Sneddon
                                        Samantha J. Slark

                                        Attorneys for Defendant
                                        KARMA TECHNOLOGIES, LLC

                                        Stipulated:

DATED: November 22, 2011              THE HERITAGE LAW GROUP, P.C.

                                        By: /s/  Roger D. Wintle

                                        Attorneys for Plaintiff
                                        BRADFORD TECHNOLOGIES, INC.

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR         Case No. 3:11-CV-04621-EDL
EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE                    Page 2
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 DATED:  November __22__, 2011

4                                       BY THE COURT:

5

6 _____

7 The Honorable Elizabeth D. Laporte
U.S. District Court Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

Case No. 3:11-CV-04621-EDL
Page 3