IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC,<br><br>    Plaintiff,<br><br>  v.<br><br>NCV SOFTWARE.COM, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04621 EDL<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

    Defendants Metro National Financial, LLC and Karma Technologies have filed motions to dismiss that are noticed for hearing before the undersigned on December 13, 2011. As the Court advised the parties in the Order entered on November 22, 2011, the Court requires the consent of all parties who have been served to conduct the proceedings on the pending motions to dismiss. On December 8, 2011, Plaintiff filed a status report indicating that service is still being attempted on two defendants, that one defendant, Biggers, has been served but has not yet appeared, and one defendant has not been served and will be dismissed as a defendant. Doc. no. 41. Plaintiff and the appearing Defendants have filed consent to proceed before a United States Magistrate Judge, but no consent or declination has been filed by the other Defendant who has been served but not yet appeared. With respect to the Defendants who have not been served, although they are not considered "parties" for purposes of obtaining consent under 28 U.S.C. § 636(c), see Hard Drive Productions, Inc. v. Does 1-188, 2011 WL 3740473, *5 (N.D.Cal. 2011) (citing Neals v. Norwood, 59 F.3d 530, 532 (5th Cir. 1995)), it would be prudent for the Court to defer ruling on the pending dispositive motions until service is complete or it can be determined whether the non-appearing Defendants will file consent or declination to proceed before the undersigned. As a cautionary

United States District Court / For the Northern District of California

measure, the Court hereby continues the hearing on the pending motions to dismiss from December 13, 2011, to January 17, 2012 at 9:00 a.m.

The initial case management conference is also continued from January 3, 2012 to January 17, 2012 at 9:00 a.m.  The parties must file a joint case management statement by January 10, 2012.

**IT IS SO ORDERED.**

Dated: December 8, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge