IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC,<br><br>        Plaintiff,<br><br>   v.<br><br>NCV SOFTWARE.COM, et al.,<br><br>        Defendants.<br>_____/ | No. C 11-04621 EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING BRIEFING SCHEDULE** |

This case is set for an initial case management conference on July 17, 2012 at 9:00 a.m. However, there are three pending motions to dismiss that should be resolved prior to the case management conference. See Dkt. # 10, 15, 43. Two of the motions to dismiss were fully briefed before the stay of this case, but an opposition and reply to Defendant Newman's motion to dismiss were not filed prior to the stay. Plaintiff shall file a response to Defendant Newman's motion to dismiss by July 25 and Defendant Newman shall file a reply, if any, by August 1. A hearing on the three motions to dismiss will be held on August 21, 2012 at 2:00 p.m. A case management conference will be conducted immediately after the hearing on the motions to dismiss.

**IT IS SO ORDERED.**

Dated: July 11, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge