Roger D. Wintle (SBN 142484)
Jill R. Schachter (SBN 278100)
THE HERITAGE LAW GROUP, A P.C.
152 North Third Street
San Jose, California 95112
Tel: (408) 993-2100
Fax: (408) 993-2101
Email: rdw@hlgusa.com

Attorney for Plaintiff:
BRADFORD TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRADFORD TECHNOLOGIES, INC., | Case No. 3:11-CV-04621 |
|---|---|
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TERMINATION OF DOC. NO. 91 AND DOC. NO. 100 |
| NCV SOFTWARE.com, an entity of unknown form; METRO NATIONAL FINANCIAL, LLC, a Utah limited liability company, KARMA TECHNOLOGIES, LLC., a Utah limited liability company, JOHN DAVID BIGGERS, an individual, RODNEY NEWMAN, an individual, RICHARD PETER STEVES, an individual, RICHARD FRANK, an individual and DOES 1-50, | Date:<br>Time:<br>Dept: Courtroom E – 15th Floor<br>Judge: Magistrate Judge Elizabeth D. Laporte |
| Defendants. | |

Plaintiff Bradford Technologies, Inc.'s Motion for Joinder was electronically filed through Pacer as Doc. No. 91, listing the type of motion as "joinder." After filing the motion, it was discovered that electronic filing of a "joinder" motion through Pacer does not allow the filer to choose responsive filing dates for opposition or reply. Plaintiff attempted to file its Motion for Joinder a second tile as Doc. No. 100, but the result was the same. After speaking with Pacer customer service and contacting the Court, it was determined that the filing would need to be

made as a general motion in order to allow for the proper response filing deadlines to appear on the electronic court calendar. The Plaintiff's Motion for Joinder was filed a third time as Doc. No. 108, providing for responsive filing deadlines.

Plaintiff respectfully requests the Court to terminate the hearing dates associated with the first two attempts to file Plaintiff's Motion for Joinder – Doc. No. 91 and Doc. No. 100.

IT IS SO ORDERED.

Date: November 27, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge