1  GREENBERG TRAURIG, LLP
   Kurt A. Kappes, CA Bar No. 146384
2  kappesk@gtlaw.com
   Greg Sperla, CA Bar No. 278062
3  sperlag@gtlaw.com
   1201 K Street, Suite 1100
4  Sacramento, California 95814
   Telephone:  (916) 442-1111
5  Facsimile:  (916) 448-1709

6  ANDERSON & KARRENBERG
   Thomas R. Karrenberg (*admitted pro hac vice*)
7  tkarrenberg@aklawfirm.com
   Heather M. Sneddon (*admitted pro hac vice*)
8  hsneddon@aklawfirm.com
   Samantha J. Slark (*admitted pro hac vice*)
9  sslark@aklawfirm.com
   50 West Broadway, Suite 700
10 Salt Lake City, Utah  84101
   Telephone: (801) 534-1700
11 Facsimile: (801) 364-7697

12 Attorneys for Defendants
   KARMA TECHNOLOGIES, LLC
13 JOHN DAVID BIGGERS

14 Roger D. Wintle (SBN 142484)
   Jill Schachter (SBN 278100)
15 THE HERITAGE LAW GROUP, A P.C.
   152 North Third Street
16 San Jose, California 95112
17 Tel: (408) 993-2100
   Fax: (408) 993-2101
18
   Attorney for Plaintiff
19 BRADFORD TECHNOLOGIES, INC.

20                UNITED STATES DISTRICT COURT
21                NORTHERN DISTRICT OF CALIFORNIA

22 | | |
|---|---|
| BRADFORD TECHNOLOGIES, INC., | Case No. 3:11-CV-04621 (EDL) |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR 60 DAYS** |
| v. | |
| NCV SOFTWARE.com, et al., | AS MODIFIED |
| Defendants. | |

27
28

WHEREAS, the Court entered a Stipulated Order Regarding Defendants Karma Technologies, LLC's And John David Biggers' Motion For An Order To Show Cause Why Plaintiff, Jeffrey Bradford And Roger Wintle Should Not Be Held In Contempt of Court And For Further Relief And Sanctions on December 6, 2012 (the "Sanctions Order");

WHEREAS, pursuant to the Sanctions Order, Defendants are conducting expedited discovery concerning their three source code discs and the extent to which they were accessed, reviewed, copied, downloaded and/or saved by Bradford Technologies, Inc., Jeffrey Bradford and/or AppraisalWorld, Inc., in violation of the Stipulated Protective Order in this matter;

WHEREAS, in anticipation of the completion of the foregoing expedited discovery within two (2) months, the Court scheduled a case management conference for February 19, 2013, at 10:00 a.m.;

WHEREAS, Defendants have not yet been able to complete the expedited discovery contemplated by the Sanctions Order due, in part, to the fact that Defendants' retained, independent expert was not given access to Mr. Bradford's personal laptop until January 21, 2013, to obtain a forensic image for analysis:

WHEREAS, Defendants' independent experts need additional time to complete their analyses, and Defendants need additional time to schedule and conduct relevant depositions once the experts finish their analyses;

WHEREAS, to permit Defendants sufficient time to conduct and complete their expedited discovery, the parties wish to continue the case management conference scheduled for February 19, 2013, by approximately sixty (60) days;

IT IS HEREBY STIPULATED and AGREED by and between the foregoing parties in this matter, through their respective counsel of record, as follows:

1. The case management conference should be continued until April ~~22~~ 23, 2013, at 3:00 p.m. to permit Defendants to complete the expedited discovery contemplated by the Sanctions Order, and for their experts to complete their analyses.

2. Any party may request an order from the Court to expedite the case management conference, or to otherwise seek expedited relief from Court, for good cause.

**IT IS SO STIPULATED.**

Dated: February 11, 2013                ANDERSON & KARRENBERG, P.C.


By: /s/ Heather M. Sneddon

- and -

GREENBERG TRAURIG, LLP
Kurt A. Kappes
Greg Sperla

Attorneys for Defendants
KARMA TECHNOLOGIES, LLC
JOHN DAVID BIGGERS


Dated: February 11, 2013                THE HERITAGE LAW GROUP


By: /s/ Jill Schachter

Attorneys for Plaintiff
BRADFORD TECHNOLOGIES, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 11, 2013

IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte

STIPULATION AND ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE FOR 60 DAYS

Case No. 3:11-cv-04621-EDL
Page 3