# Califorensics

1013 Galleria Blvd., Ste. 210
Roseville, CA  95678
916-789-1602
Tax I.D. No. 20-2131520

---

*Invoice submitted to:*

February 08, 2013

Heather M. Sneddon
Anderson & Karrenberg, P.C.
50 West Broadway, Ste 700
Salt Lake City, UTAH 84101

*Invoice #*   11196

*In Reference To:*   Karma Technologies et al.

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2012 DEV | Email<br>Attorney. | | 0.25<br>225.00/hr | 56.25 |
| 1/7/2013 DEV | Phone Call<br>with Attorney. | | 0.75<br>225.00/hr | 168.75 |
| 1/8/2013 DEV | Document Review or Management<br>sign and email protective order. | | 0.33<br>225.00/hr | 75.00 |
| DEV | Email<br>Attorney and prep for imaging. | | 0.75<br>225.00/hr | 168.75 |
| 1/9/2013 DEV | Document Review or Management<br>review and edit agreement.  Email Attorney. | | 0.50<br>225.00/hr | 112.50 |
| DEV | Phone Call<br>and email with Attorney. | | 0.33<br>225.00/hr | 75.00 |
| 1/10/2013 DEV | Email<br>review and sign agreement. | | 0.75<br>225.00/hr | 168.75 |
| CW | Meeting Preparation<br>Prepping for Mr. Vilfer's on site imaging. | | 0.75<br>95.00/hr | 71.25 |
| 1/11/2013 DEV | Travel<br>to San Jose and return.  Phone and email Attorney. 2 HOURS NO<br>CHARGE. | | 3.50<br>225.00/hr | 787.50 |
| 1/17/2013 DEV | Email<br>Attorney. | | 0.25<br>225.00/hr | 56.25 |
| 1/21/2013-SR<br>1/24/2013 | Computer Forensics<br>Forensic imaging in San Jose, CA; Processed case. | | 5.50<br>275.00/hr | 1,512.50 |

---

Heather M. Sneddon

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/2013 SR | Travel<br>Travel to/from San Jose, CA. | | 5.00<br>175.00/hr | 875.00 |
| | DEV | Document Review or Management<br>review, sign agreement and confer with SR. | 0.75<br>225.00/hr | 168.75 |
| | DEV | Email<br>Attorney and confer with SR. | 0.50<br>225.00/hr | 112.50 |
| 1/22/2013-SR<br>1/23/2013 | | Other<br>Evidence management; Uploaded image to network storage. | 1.25<br>175.00/hr | 218.75 |
| 1/29/2013-EH<br>2/5/2013 | | Computer Forensics<br>Export and review registry files of laptop image and create registry reports with basic information; export and review event and setupapi logs; receive client discs and hash items on the discs; perform registry review specific to CANVAS source code per DV; copy 3 CDs to external drive and create second group of hashes; import hash libraries and attempt initial hash comparison of CDs to laptop image. 2 HOURS NO CHARGE | 6.50<br>275.00/hr | 1,787.50 |
| | EH | Computer Forensics Assistance<br>Begin initial draft of computer forensics report; create spreadsheet with data about 4 CDs and contents from client for DV; review hash and registry searches with DV. | 5.75<br>95.00/hr | 546.25 |
| 1/31/2013 DEV | | Computer Forensics | 2.50<br>275.00/hr | 687.50 |
| 2/1/2013 DEV | | Computer Forensics | 1.50<br>275.00/hr | 412.50 |
| | DEV | Phone Call<br>with Attorney. | 0.25<br>225.00/hr | 56.25 |
| | **For professional services rendered** | | **37.66** | **$8,117.50** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 1/21/2013 - SR | | Mileage<br>Miles traveled: 280.0 miles | 280<br>0.55 | 154.00 |
| - SR | | Meal or Beverage<br>Lunch | 1<br>8.31 | 8.31 |

Heather M. Sneddon

|  | Qty/Price | Amount |
|---|---|---|
| 1/21/2013 - SR  Parking<br>Garage parking | 1<br>20.00 | 20.00 |
| - SR  Misc Expense<br>Toll road | 1<br>5.00 | 5.00 |
| **Total costs** |  | **$187.31** |
| **Total amount of this bill** |  | **$8,304.81** |
| 12/31/2012 Retainer Payment - Thank You. Check No. 5289 |  | ($3,000.00) |
| **Total payments and adjustments** |  | **($3,000.00)** |
| Balance due |  | $5,304.81 |

# Califorensics

1013 Galleria Blvd., Ste. 210
Roseville, CA 95678
916-789-1602
Tax I.D. No. 20-2131520

*Invoice submitted to:*                                                              April 16, 2013

Heather M. Sneddon
Anderson & Karrenberg, P.C.
50 West Broadway, Ste 700
Salt Lake City, UTAH 84101

*Invoice #* 11247

    *In Reference To:* Karma Technologies et al.

    Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/7/2013-EH 2/14/2013 | Computer Forensics Assistance<br>processing of hashes; Vista recycled/ deleted files and fuzzy hash. | 3.75<br>95.00/hr | 356.25 |
| EH | Computer Forensics Assistance<br>Create copy of CDs to external storage device to create new hash list and reverify hashes against original used in KFF processing; discuss file hashes on CDs with DV and SR; review alert files for KFF library; review registry files re: Biggers and CANVAS code. | 5.25<br>95.00/hr | 498.75 |
| 2/14/2013 DEV | Computer Forensics | 1.00<br>275.00/hr | 275.00 |
| DEV | Phone Call<br>with Attorney. | 0.25<br>225.00/hr | 56.25 |
| 2/19/2013-EH 2/20/2013 | Computer Forensics<br>Conduct review of case specific to CANVAS.dpr and code specific review; process file for fuzzy hash library and process case only for fuzzy hash; review registry for Borland and create NTUser report of Borland hits. 1 HOUR NO CHARGE | 3.50<br>275.00/hr | 962.50 |
| 2/19/2013 DEV | Computer Forensics | 0.50<br>275.00/hr | 137.50 |
| DEV | Phone Call<br>with Attorney. | 0.33<br>225.00/hr | 75.00 |
| 2/25/2013 DEV | Computer Forensics | 0.50<br>275.00/hr | 137.50 |
| 2/26/2013 PC | Computer Forensics<br>examine for Canvas software or remnants on computer. 2 HOURS NO CHARGE | 5.00<br>275.00/hr | 1,375.00 |

Heather M. Sneddon

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2013 DEV | Case Management/Supervision and analysis. | | 0.50 225.00/hr | 112.50 |
| 2/27/2013 PC | Computer Forensics looking for Canvas software. | | 2.00 275.00/hr | 550.00 |
| 3/6/2013 PC | Report writing draft of report. | | 3.00 95.00/hr | 285.00 |
| EH | Report Assist PC with computer forensics report items. | | 0.50 95.00/hr | 47.50 |
| 3/11/2013 DEV | Phone Call Attorney. | | 0.25 225.00/hr | 56.25 |
| DEV | Computer Forensics | | 1.50 275.00/hr | 412.50 |
| 3/12/2013 DEV | Computer Forensics | | 1.00 275.00/hr | 275.00 |
| 3/19/2013-EH 3/26/2013 | Computer Forensics Conduct review of case regarding lnks, CD drive/ access, imapi, setupapi review for Bradford access to KT data; review and find privileged items which may be relevant for privilege log. | | 6.50 275.00/hr | 1,787.50 |
| 3/20/2013 DEV | Phone Call with Attorney. | | 0.50 225.00/hr | 112.50 |
| DEV | Report | | 2.00 225.00/hr | 450.00 |
| 3/21/2013 DEV | Computer Forensics | | 2.00 275.00/hr | 550.00 |
| DEV | Report | | 3.00 225.00/hr | 675.00 |
| 3/21/2013-EH 3/26/2013 | Report Additions to forensic report per DV; assist DV with review specific to unallocated section of report. | | 5.25 95.00/hr | 498.75 |
| 3/23/2013 DEV | Report | | 0.50 225.00/hr | 112.50 |
| 3/25/2013 DEV | Computer Forensics | | 0.50 275.00/hr | 137.50 |

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2013 DEV | Phone Call<br>with Attorney and confer with EH. | | 0.75<br>225.00/hr | 168.75 |
| 3/26/2013 DEV | Report<br>Edit report and email attorney. | | 1.17<br>225.00/hr | 262.50 |
| 3/27/2013-EH<br>4/3/2013 | Report<br>review and create new registry reports excluding non-relevant items;<br>edits made to privilege log and bookmarks to be produced based on<br>client email. 2 HOURS NO CHARGE | | 2.75<br>95.00/hr | 261.25 |
| EH | Computer Forensics Assistance<br>Start html report production and include additional review after client<br>conference call; begin review regarding October 9, 2012 and other<br>tasks re: auto updates and backups. | | 8.75<br>95.00/hr | 831.25 |
| 4/2/2013 DEV | Email<br>Attorney. | | 0.25<br>225.00/hr | 56.25 |
| 4/3/2013 DEV | Phone Call<br>with Attorney and confer with EH. | | 0.50<br>225.00/hr | 112.50 |
| 4/5/2013 PC | Computer Forensics Assistance<br>Assisting EH with analysis re Windows updates. | | 0.50<br>95.00/hr | 47.50 |
| DEV | Email<br>Attorney, confer with EH and review privilege log. | | 1.00<br>225.00/hr | 225.00 |
| 4/7/2013 DEV | Computer Forensics | | 1.75<br>275.00/hr | 481.25 |
| DEV | Report<br>edits. | | 0.33<br>225.00/hr | 75.00 |
| 4/8/2013-PC<br>4/9/2013 | Computer Forensics<br>Forensic analysis re back up device, beyond compare software | | 3.50<br>275.00/hr | 962.50 |
| 4/8/2013 DEV | Computer Forensics | | 6.75<br>275.00/hr | 1,856.25 |
| 4/9/2013 PC | Report<br>Updating report with new information | | 1.00<br>95.00/hr | 95.00 |
| DEV | Document Review or Management<br>review file production. | | 2.50<br>225.00/hr | 562.50 |

| | | |
|---|---|---|
| **For professional services rendered** | 80.58 | **$15,933.75** |
| **Previous balance** | | **$5,304.81** |

Heather M. Sneddon

|                                                             | Amount        |
|-------------------------------------------------------------|---------------|
| 3/14/2013 Payment - Thank You. Check No. 32625              | ($5,304.81)   |
| **Total payments and adjustments**                          | **($5,304.81)** |
| Balance due                                                 | $15,933.75    |

# Califorensics

1013 Galleria Blvd., Ste. 210
Roseville, CA 95678
916-789-1602
Tax I.D. No. 20-2131520

---

*Invoice submitted to:*                                                                              May 13, 2013

Heather M. Sneddon
Anderson & Karrenberg, P.C.
50 West Broadway, Ste 700
Salt Lake City, UTAH 84101


*Invoice #* 11270

   *In Reference To:* Karma Technologies et al.


   Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/4/2013-EH 4/9/2013 | Report<br>Edit report regarding updates and backup; review/ prepare html and registry reports for initial production for DV review; remove non relevant items per DV from individual bookmarks in forensic case and registry reports; discuss findings with DV and PC. 3 HOURS NO CHARGE | 12.50 95.00/hr | 1,187.50 |
| EH | Computer Forensics<br>Conduct review of laptop image and registry files re: auto updates, drive backup, restore points; additional review re: relevant privileged communication (i.e. original email re: password). | 6.00 275.00/hr | 1,650.00 |
| 4/8/2013 SR | Computer Forensics<br>Reviewed image acquisition logs to assist in analysis of Restore Points. | 0.50 275.00/hr | 137.50 |
| 4/10/2013-EH 4/16/2013 | Computer Forensics<br>Additional relevant privileged review for other counsel Bradford consulted; create new html reports for DV to review before producing to client; review and edit all privileged bookmarks and labels. | 6.25 275.00/hr | 1,718.75 |
| EH | Document Review or Management<br>Ready new production for client upload and access; edit html report with html editor to remove non-relevant data; emails to client to setup remote access account; overhaul/ edit privileged spreadsheet. | 5.75 95.00/hr | 546.25 |
| 4/18/2013 DEV | Email<br>with Attorney. | 0.25 225.00/hr | 56.25 |
| 4/22/2013-PC 4/23/2013 | Computer Forensics<br>Investigating desktop deletion activity and USB last written times. Using volume shadow copies to explore old versions of registry files. 2 HOURS NO CHARGE | 9.50 275.00/hr | 2,612.50 |

---

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2013 DEV | Case Management/Supervision | confer with PC, coordinate exams, review private log, report edits and phone call with Attorney. | 2.25 225.00/hr | 506.25 |
| 4/29/2013-EH 5/6/2013 | Computer Forensics Assistance | Meet with DV re: 4/29 conference call with client and new tasks; draft new report with attachments for opposing counsel using original forensics report to client; review case searches, findings and bookmarks for client questions; edit privilege log and prepare all bookmarked files (non-html report) for production to opposing counsel; search file production for privileged items; discuss production contents with DV/ VLR for disc production to opposing counsel and client; prepare documents and report for DV attending deposition. | 12.50 95.00/hr | 1,187.50 |
| 5/1/2013 DEV | Email | Attorney and review privilege log. | 0.33 225.00/hr | 75.00 |
| 5/2/2013 DEV | Other | prep for deposition and review production. | 1.25 225.00/hr | 281.25 |
| 5/3/2013 VLR | Other | Prepare production of files to opposing counsel; burn to disk and prepare for mailing. | 1.00 175.00/hr | 175.00 |
| DEV | Travel | to and from deposition of plaintiff. | 4.50 225.00/hr | 1,012.50 |
| DEV | Analysis | prepare for and assist at deposition of plaintiff. | 4.50 225.00/hr | 1,012.50 |
| 5/6/2013-PC 5/10/2013 | Computer Forensics | Forensic analysis related to deposition representations. 3 HOURS NO CHARGE | 12.00 275.00/hr | 3,300.00 |
| 5/7/2013 SB | Other | prepared FedEx envelope and dropped off for shipment . | 0.50 65.00/hr | 32.50 |
| 5/9/2013 DEV | Case Management/Supervision | confer with PC and review email Attorney. | 0.50 225.00/hr | 112.50 |
| 5/10/2013 PC | Report | Adding findings to report | 2.00 95.00/hr | 190.00 |
| DEV | Document Review or Management | review data for report and to address Attorney questions. | 0.75 225.00/hr | 168.75 |
| **For professional services rendered** | | | **82.83** | **$15,962.50** |

Heather M. Sneddon

Additional Charges :

|  | Qty/Price | Amount |
|---|---|---|
| 5/3/2013 -   CW    Federal Express shipping<br>Shipment sent on 5/3/2013. | 1<br>20.00 | 20.00 |
| 5/7/2013 -   SB    Federal Express shipping<br>sent CD's overnight to Heather Sneddon and Roger Wintle. | 1<br>43.80 | 43.80 |
| **Total costs** |  | **$63.80** |
| **Total amount of this bill** |  | **$16,026.30** |
| **Previous balance** |  | **$15,933.75** |
| Balance due |  | $31,960.05 |

# Califorensics

1013 Galleria Blvd., Ste. 210
Roseville, CA 95678
916-789-1602
Tax I.D. No. 20-2131520

*Invoice submitted to:*                                                              June 05, 2013

Heather M. Sneddon
Anderson & Karrenberg, P.C.
50 West Broadway, Ste 700
Salt Lake City, UTAH 84101


*Invoice #*   11288

   *In Reference To:*   Karma Technologies et al.


   Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/6/2013 VLR | Computer Forensics Assistance<br>Prepare disks with productions for attorneys and ship to attorneys. | 0.75<br>175.00/hr | 131.25 |
| 5/7/2013-EH<br>5/9/2013 | Document Review or Management<br>Identify and organize registry reports and files for production to opposing counsel; organize and create copies for client of all items produced to counsel; draft cover letters; assist with followup questions from DV and client. | 3.25<br>95.00/hr | 308.75 |
| 5/14/2013-PC<br>5/17/2013 | Computer Forensics<br>Forensic analysis | 11.00<br>275.00/hr | 3,025.00 |
| 5/16/2013 PC | Report<br>Report | 4.00<br>95.00/hr | 380.00 |
| 5/17/2013 DEV | Computer Forensics | 1.75<br>275.00/hr | 481.25 |
| DEV | Email<br>Attorney and report | 0.75<br>225.00/hr | 168.75 |
| 5/20/2013-PC<br>5/22/2013 | Computer Forensics<br>Forensic analysis regarding additional questions. | 9.00<br>275.00/hr | 2,475.00 |
| 5/21/2013 VLR | Computer Forensics Assistance<br>Assist DEV with expert report revisions. | 4.00<br>175.00/hr | 700.00 |
| DEV | Email<br>Attorney and report edits | 1.75<br>225.00/hr | 393.75 |
| DEV | Computer Forensics<br>re additional questions | 1.50<br>275.00/hr | 412.50 |
| PC | Report<br>Report | 0.50<br>95.00/hr | 47.50 |

Heather M. Sneddon

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2013 EH | Document Review or Management<br>Review DV email for HS questions and tasks; meet with PC and SB<br>re: progress; review SB edits per email. | | 0.50<br>95.00/hr | 47.50 |
| | DEV | Phone Call<br>with assistant, review report and phone Attorney. | 0.75<br>225.00/hr | 168.75 |
| 5/25/2013-DEV<br>5/26/2013 | | Email<br>and prep for hearing. | 0.50<br>225.00/hr | 112.50 |
| 5/28/2013 DEV | Travel | | 5.50<br>225.00/hr | 1,237.50 |
| | DEV | Other<br>Hearing | 1.00<br>300.00/hr | 300.00 |
| | VLR | Trial or Hearing Preparation<br>Assist DEV with hearing preparation. | 0.25<br>175.00/hr | 43.75 |
| | PC | Computer Forensics Assistance<br>Assisting Mrs. Rafter | 0.25<br>95.00/hr | 23.75 |
| **For professional services rendered** | | | **47.00** | **$10,457.50** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 5/28/2013 - | DEV | Parking | 1<br>7.00 | 7.00 |
| - | DEV | Misc Expense<br>tolls | 1<br>11.00 | 11.00 |
| 6/3/2013 - | DEV | Mileage<br>hearing | 212<br>0.55 | 116.60 |
| **Total costs** | | | | **$134.60** |

| | |
|---|---|
| **Total amount of this bill** | **$10,592.10** |
| **Previous balance** | **$31,960.05** |
| 5/22/2013 Payment - Thank You. Check No. 32770 | ($31,960.05) |
| **Total payments and adjustments** | **($31,960.05)** |

Heather M. Sneddon

|  | **Amount** |
|---|---|
| Balance due | $10,592.10 |

# Califorensics

1013 Galleria Blvd., Ste. 210
Roseville, CA 95678
916-789-1602
Tax I.D. No. 20-2131520

---

*Invoice submitted to:*                                                        July 06, 2013

Heather M. Sneddon
Anderson & Karrenberg, P.C.
50 West Broadway, Ste 700
Salt Lake City, UTAH 84101

*Invoice #* 11311

   *In Reference To:* Karma Technologies et al.

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2013 | CW | Document Review or Management<br>Printing and filing of reports/ expert report. | 1.00<br>95.00/hr | 95.00 |
| 6/6/2013 | DEV | Email<br>and phone with Attorney. Review opposition docs. | 2.25<br>225.00/hr | 506.25 |
| | DEV | Phone Call<br>with Attorney and assess opposing expert report | 1.00<br>225.00/hr | 225.00 |
| | PC | Computer Forensics<br>Running forensic tests and comparing to statements in Opposition<br>document filed on 6/4/13. | 6.50<br>275.00/hr | 1,787.50 |
| 6/8/2013 | DEV | Email<br>attorney | 0.25<br>225.00/hr | 56.25 |
| | DEV | Other<br>write declaration | 2.25<br>225.00/hr | 506.25 |
| 6/10/2013 | PC | Document Review or Management<br>Reviewing and verifying declaration statements | 1.00<br>95.00/hr | 95.00 |
| | DEV | Phone Call<br>with Attorney and review declaration. | 0.75<br>225.00/hr | 168.75 |
| 6/11/2013 | DEV | Document Review or Management<br>and sign declaration. | 0.50<br>225.00/hr | 112.50 |
| 6/19/2013-EH<br>6/20/2013 | | Trial or Hearing Preparation<br>binder updates with new data for possible expert testimony; review<br>newest DV declaration and previous data; conduct review for printing<br>backup related to items in declaration; begin organizing and<br>assembling binder of old and new evidence; task halted as experts no<br>longer required to appear. | 8.50<br>95.00/hr | 807.50 |

---

Heather M. Sneddon

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **24.00** | **$4,360.00** |
| **Interest on overdue balance** | | **$5.22** |
| **Total amount of this bill** | | **$4,365.22** |
| **Previous balance** | | **$10,592.10** |
| Balance due | | $14,957.32 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 4,365.22 | 10,592.10 | 0.00 | 0.00 | 0.00 |